B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Marcos Antonio Suarez**
**Maria Guadalupe Suarez**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanced Fabrication**<br>825 Sanborn Place<br>Salinas, CA 93901 | **Advanced Fabrication**<br>825 Sanborn Place<br>Salinas, CA 93901 | **Trade debt** | | 4,373.65 |
| **Blue Cross Insurance**<br>P.O. Box 54010<br>Los Angeles, CA 90054 | **Blue Cross Insurance**<br>P.O. Box 54010<br>Los Angeles, CA 90054 | | | 2,788.00 |
| **Calstar**<br>4933 Bailey Loop<br>Mcclellan, CA 95652 | **Calstar**<br>4933 Bailey Loop<br>Mcclellan, CA 95652 | **Emergency Medical Services/Transportation** | | 5,215.27 |
| **Central Welders**<br>P.O. Box 1328<br>Watsonville, CA 95076 | **Central Welders**<br>P.O. Box 1328<br>Watsonville, CA 95076 | | | 4,505.87 |
| **Credit Consulting Services**<br>c/o Herendeen & Bryan<br>MacDonald Bryan<br>119 Cayuga St./P.O. Box 1067<br>Salinas, CA 93902 | **Credit Consulting Services**<br>c/o Herendeen & Bryan<br>MacDonald Bryan<br>Salinas, CA 93902 | Judgment entered: 04/20/2007<br>Abstract issued: 05/24/2007<br>Judgment Creditor: Salinas Valley Memorial Hospital | | 29,128.67 |
| **Employment Development Department**<br>MIC-92-E<br>PO Box 944203<br>Sacramento, CA 94244-2030 | **Employment Development Department**<br>MIC-92-E<br>PO Box 944203<br>Sacramento, CA 94244-2030 | | | 21,615.12 |
| **Fastenal**<br>P.O. Box 978<br>Winona, MN 55987 | **Fastenal**<br>P.O. Box 978<br>Winona, MN 55987 | | | 587.67 |
| **G.M.A.C.**<br>P.O. Box 78234<br>Phoenix, AZ 85062 | **G.M.A.C.**<br>P.O. Box 78234<br>Phoenix, AZ 85062 | | | 796.99 |
| **Hugo Gerstl Inc.**<br>2460 Garden Road<br>Suite C<br>Monterey, CA 93940 | **Hugo Gerstl Inc.**<br>2460 Garden Road<br>Suite C<br>Monterey, CA 93940 | **Trade debt** | | 2,000.00 |

In re **Marcos Antonio Suarez**
**Maria Guadalupe Suarez**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service Special Procedure Branch P.O. Box 21126 Philadelphia, PA 19114-0326** | **Internal Revenue Service Special Procedure Branch P.O. Box 21126 Philadelphia, PA 19114-0326** | **Taxes** | | 400,000.00 |
| **Internal Revenue Service Special Procedure Branch P.O. Box 21126 Philadelphia, PA 19114-0326** | **Internal Revenue Service Special Procedure Branch P.O. Box 21126 Philadelphia, PA 19114-0326** | **Taxes** | | 300,000.00 |
| **Lumbermens 235 River Street Santa Cruz, CA 95061** | **Lumbermens 235 River Street Santa Cruz, CA 95061** | | | 3,650.09 |
| **Northern California Trauma Medical Group 2101 Forest Ave., Ste. 108 San Jose, CA 95128** | **Northern California Trauma Medical Group 2101 Forest Ave., Ste. 108 San Jose, CA 95128** | **Emergency Medical Services** | | 2,033.00 |
| **P G & E P.O. Box 997300 Sacramento, CA 95899** | **P G & E P.O. Box 997300 Sacramento, CA 95899** | | | 943.89 |
| **Pacific Credit Services P.O. Box 339 Watsonville, CA 95077** | **Pacific Credit Services P.O. Box 339 Watsonville, CA 95077** | **Medical Services Dr. Kenneth C. Nowak** | | 2,786.04 |
| **Regional Medical Center of San Jose Trauma Center 255 North Jackson Avenue San Jose, CA 95116** | **Regional Medical Center of San Jose Trauma Center 255 North Jackson Avenue San Jose, CA 95116** | **Emergency Medical Services** | | 5,200.00 |
| **San Lorenzo Lumber 235 River St. Santa Cruz, CA 95061** | **San Lorenzo Lumber 235 River St. Santa Cruz, CA 95061** | **Trade debt** | | 3,650.09 |
| **Saxon The Lakes, NV 88901** | **Saxon The Lakes, NV 88901** | | | 2,000.00 |
| **Valley Iron 3114 S. Cherry Ave. Fresno, CA 93776** | **Valley Iron 3114 S. Cherry Ave. Fresno, CA 93776** | **Trade debt** | | 2,999.90 |
| **Westmed Ambulance Inc P.O. Box 5004 Mariposa, CA 95338** | **Westmed Ambulance Inc P.O. Box 5004 Mariposa, CA 95338** | **Emergency Medical Services/Transportation** | | 1,364.71 |

In re  **Marcos Antonio Suarez**
**Maria Guadalupe Suarez**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 4, 2007**        Signature **/s/ Marcos Antonio Suarez**
                                           **Marcos Antonio Suarez**
                                           Debtor

Date **December 4, 2007**        Signature **/s/ Maria Guadalupe Suarez**
                                           **Maria Guadalupe Suarez**
                                           Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.