

**Entered on Docket**
**July 01, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  EDWINA E. DOWELL, # 149059
   Assistant U.S. Trustee
2  NANETTE DUMAS, # 148261
3  JOHN S. WESOLOWSKI, # 127007
   Office of the United States Trustee
4  U. S. Department of Justice
   280 S. First Street, Suite 268
5  San Jose, CA 95113-0002
   Telephone: (408) 535-5525
6  Fax:       (408) 535-5532

The following constitutes
the order of the court. Signed July 01, 2008

_____
**Marilyn Morgan**
**U.S. Bankruptcy Judge**

Attorneys for Sara L. Kistler
Acting United States Trustee for Region 17

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re:

Marcos Antonio Suarez and
Maria Guadalupe Suarez,

               Debtors.

Case No. 07-54027 MM

Chapter 11

Date: June 27, 2008
Time: 11:00 a.m.
Place: Courtroom 3070

**ORDER GRANTING MOTION BY UNITED STATES TRUSTEE**
**TO DISMISS CHAPTER 11 CASE**

    A hearing having been held in the above-captioned case on June 27, 2008 on the Motion by United States Trustee to Convert or Dismiss Chapter 11 Case and good cause appearing therefor,

    IT IS HEREBY ORDERED that:

    This case is dismissed for cause pursuant to 1112(b).

** END OF ORDER **

# COURT SERVICE LIST

| | |
|---|---|
| Marcos Antonio Suarez<br>Maria Guadalupe Suarez<br>1061 Terven Ave.<br>Salinas, CA 93901 | Charles E. Logan<br>Law Offices of Charles E. Logan<br>95 S Market St. #660<br>San Jose, CA 95113 |
| Internal Revenue Service<br>Attn: James A. Whitten, Esq.<br>Special Assistant U.S. Attorney<br>55 S. Market St., #505<br>San Jose, CA 95113 | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Moss Codilis, L.L.P.<br>AUTHORIZED AGENT/ENTITY<br>Saxon Mortgage<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120 | Office of the U. S. Trustee<br>280 South First Street, Suite 268<br>San Jose, CA 95113 |